ACCEPTED
14-15-00586-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/1/2015 3:31:50 PM
CHRISTOPHER PRINE
CLERK



Sean D. Jordan
512-236-2281 (Direct Dial)
512-391-2147 (Direct Fax)
sjordan@jw.com

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/1/2015 3:31:50 PM
CHRISTOPHER A. PRINE
Clerk

December 1, 2015

***Via E-filing***

Christopher A. Prine, Clerk, Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas  77002

> Re: Court of Appeals Number: 14-15-00586-CV
> Trial Court Case Number: 2014-11062
>
> Style: *Fairfield Industries, Inc. d/b/a FairfieldNodal v. EP Energy E&P Company, L.P. f/k/a El Paso E&P Company, L.P.*

### PROOF OF PAYMENT FOR CLERK'S RECORD

Dear Mr. Prine:

On November 23, 2015, the Court requested that, within fifteen days, arrangements be made to pay the balance due for the clerk's record for the above-referenced appeal, and that proof of payment for the record be provided to the Court. This letter confirms that Appellant Fairfield Industries, Inc. d/b/a FairfieldNodal made arrangements to pay for the clerk's record, and that full payment for the preparation of the clerk's record has been made.

Specifically, on November 23, 2015, trial counsel for Appellant submitted a check to the Harris County District Clerk's Office for the balance due for the clerk's record. True and correct copies of the letter transmitting the check, the check itself, and a receipt showing that the check was received, are attached hereto as "Attachment 1."

The Harris County District Clerk's website confirms that full payment for the balance due for the clerk's record was received on November 23, and that no further monies are due for the preparation of the record. A true and correct copy of the "Transaction Detail" page for this case on the Harris County District Clerk's website, confirming payment of the balance due for the clerk's record, is attached hereto as "Attachment 2."

Should the Court require any further information regarding payment for the clerk's record, the undersigned will provide it upon request.

Sincerely,

Sean D. Jordan

cc: All counsel of record (via e-service)

100 Congress Avenue, Suite 1100, Austin, TX  78701  |  www.jw.com  |  Member of GLOBALAW™

# ATTACHMENT 1

# BakerHostetler

**Baker&Hostetler** LLP

811 Main Street
Suite 1100
Houston, TX 77002-6111

T 713.751.1600
F 713.751.1717
www.bakerlaw.com

Glen Shu
direct dial: 713.646.1362
gshu@Bakerlaw.com

November 23, 2015

**VIA HAND DELIVERY**
Mr. Chris Daniel
District Clerk – Harris County
Civil Post Trial Department
ATTN: Phyllis Washington
201 Caroline, Suite 250
Houston, Texas 77002

Re: Cause No. 2014-11062-7; *Fairfield Industries, Inc. d/b/a FairfieldNodal v. EP Energy E&P Company, L.P. f/k/a El Paso E&P Company, L.P.*; In the 157th Judicial District Court of Harris County, Texas

## PAYMENT FOR PREPARATION OF CLERK'S RECORD

Dear Ms. Washington:

We are in receipt of your letter dated November 20, 2015, which I received today, regarding request for payment of the balance for preparation of the Clerk's Record. Enclosed please find a firm check in the amount of $1,938.00 on behalf of Plaintiff Fairfield Industries, Inc. d/b/a FairfieldNodal.

Sincerely,

Glen Shu

**Attachment 1**

**PAYEE NAME:** CHRIS DANIEL HARRIS COUNTY DISTRICT CLERK  
**PAYEE NUMBER:** 00042214.3

**CHECK DATE:** 11/23/15  
**CHECK NO.** 362225

## Baker & Hostetler LLP     3200 PNC CENTER, 1900 EAST 9th STREET, CLEVELAND, OH 44114-3482

**If you have questions regarding this check, please contact our Accounts Payable department at (216) 861-6749 or bhfwap@bakerlaw.com**

693302          Requested By: **Shu Glen**

| INVOICE NUMBER | INVOICE DATE | INVOICE DESCRIPTION | AMOUNT |
|---|---|---|---|
| HCDC-112315 | 11-20-2015 | CRINV Balance of cost for Clerk's Record SEND TO C Stevens | 1,938.00 |

TOTAL     $     1,938.00

DETACH BEFORE DEPOSITING

THIS DOCUMENT CONTAINS A TRUE WATERMARK.  HOLD TO LIGHT TO VIEW

**Baker & Hostetler LLP**  
PNC Center  
1900 East 9th Street, Suite 3200  
Cleveland, OH 44114-3482

Key Bank National Association  
800 Superior Avenue  
Cleveland, OH 44114

**CHECK NUMBER:** 362225  
**DATE:** 11/23/15  
**AMOUNT $** 1,938.00

PAY:     One Thousand Nine Hundred Thirty-Eight and 00/100 Dollar(s)

TO THE     CHRIS DANIEL HARRIS COUNTY DISTRICT CLERK  
ORDER     PO BOX 4651, 201 CAROLINE STE 250  
OF:     HOUSTON, TX 77210-4651

AUTHORIZED SIGNATURE

⑆362225⑆ ⑈124301007⑈ 440993505559⑆

# HOUSTON EXPRESS

Houston Express
713-869-0100

Order #      312577
Placed:      11/23/2015 2:50 PM
Customer:    **Baker & Hostetler LLP**
Ordered By:  Cris Stevens

## PICK UP

| COMPANY | CONTACT |
|---|---|
| Baker Hostetler | Cris Stevens |
| ADDRESS | PHONE |
| 811 Main St Suite 1100 | (713) 276-1613 |
| CITY | ZIP CODE |
| Houston | 77002 |

## DROP OFF

| COMPANY | CONTACT |
|---|---|
| District Clerk - Civil Post Trial Dept. | Phyllis Washington |
| ADDRESS | PHONE |
| 201 Caroline St Suite 250 | |
| CITY | ZIP CODE |
| Houston | 77002 |

| DATE | SERVICE TYPE |
|---|---|
| 11/23/2015 | Super |
| SPECIAL INSTRUCTIONS | DESCRIPTION |
| | one regular envelope |
| QUANTITY | WEIGHT |
| 1 | |
| CLIENT REFERENCE | USER REFERENCE |
| 57932-20 | |

☐ Roundtrip          ☐ No Signature Required

Received By:                     Date:                    Time:
X _Eduardo Vazquez Jr_                                    3:45p
Printed Name:
X
Driver:
X _268 JC._

* Connected Couriers ™                          ○ EndUserSolutions �therefore

**Attachment 1**
11/23/2015

# ATTACHMENT 2



**201411062-7 - FAIRFIELD INDUSTRIES INC (DBA FAIRFIELDNODAL) VS. EP ENERGY E&P COMPANY L P (FORMERLY KNOWN AS EL PA**

| Date | Register # | Receipt # | Court Cost | Amount Paid | Amount Due | Action Type | Due Type |
|------|-----------|-----------|-----------|-------------|-----------|-------------|----------|
| 11/20/2015 | 52 | 12950 | $3,938.00 | $3,938.00 | $0.00 | ADDITIONAL FEES | Paid |

### Assessed Fees

| Fee Code | Description | Quantity | Unit Price | Assessed | Collected | Due |
|----------|-------------|----------|-----------|----------|-----------|-----|
| 119 | TRANSCRIPT | 1 | $3,938.00 | $3,938.00 | $3,938.00 | $0.00 |

### Payments

| Cust ID | Customer | Type | Date | Trans ID | Reg # | Rec # | Amt Applied | Payment Amt |
|---------|----------|------|------|----------|-------|-------|-------------|-------------|
| LFI82436 | BAKER & HOSTETLER LLP | Check | 11/20/2015 | 208892604 | 52 | 12950 | $2,000.00 | $2,000.00 |

| Fee Code | Description | Date | Amount |
|----------|-------------|------|--------|
| 119 | TRANSCRIPT | 11/23/2015 | $2,000.00 |

| Cust ID | Customer | Type | Date | Trans ID | Reg # | Rec # | Amt Applied | Payment Amt |
|---------|----------|------|------|----------|-------|-------|-------------|-------------|
| LFI82436 | BAKER & HOSTETLER LLP | Check | 11/23/2015 | 208896137 | 52 | 12962 | $1,938.00 | $1,938.00 |

| Fee Code | Description | Date | Amount |
|----------|-------------|------|--------|
| 119 | TRANSCRIPT | 11/24/2015 | $1,938.00 |

**Attachment 2**